Michelle L. Roberts, State Bar No. 239092
E-mail: michelle@robertsdisability.com
Monica R. Lienke, State Bar No. 300115
E-mail: monica@robertsdisability.com
ROBERTS DISABILITY LAW, P.C.
66 Franklin Street, Ste. 300
Oakland, CA 94607
Telephone: (510) 230-2090
Facsimile: (510) 230-2091

Attorneys for Plaintiff,
Erin Giesenhagen

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIN GIESENHAGEN,<br><br>    Plaintiff,<br><br>    vs.<br><br>ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY<br><br>    Defendant. | CASE NO.: 2:22-cv-2298<br><br>**COMPLAINT (ERISA)** |

Plaintiff, Erin Giesenhagen, herein sets forth the allegations of her Complaint against Defendant Anthem Blue Cross Life and Health Insurance Company ("Anthem").

### PRELIMINARY ALLEGATIONS

1. This action is brought under 29 U.S.C. §§ 1132(a), (e), (f) and (g) of the Employee Retirement Income Security Act of 1974 (hereinafter "ERISA") as it involves claims by Plaintiff for employee benefits under an employee benefit plan regulated and governed under ERISA. Jurisdiction is predicated under these code sections as well as 28 U.S.C. § 1331 as this action involves a federal question. This action is brought for the purpose of recovering benefits under the terms of an

employee benefit plan, enforcing Plaintiff's rights under the terms of an employee benefit plan, and to clarify Plaintiff's rights to future benefits under the employee benefit plan. Plaintiff seeks relief, including but not limited to, payment of the correct amount of benefits due under her plan, prejudgment and post-judgment interest, reinstatement to the benefit plan at issue herein, and attorneys' fees and costs.

2. Venue lies in the Central District of California pursuant to ERISA § 502(e)(2), 29 U.S.C. § 1132(e)(2), because Plaintiff resides in this district, the breaches alleged occurred in this District, and the ERISA-governed plan at issue was administered in part in this District. Venue is also proper pursuant to 28 U.S.C. § 1391(b) because a substantial part of the events or omissions giving rise to Plaintiff's claims occurred within this District.

3. Plaintiff was, at all times relevant, a Director of Prospective Student Engagement at Azusa Pacific University located in Azusa, California. Plaintiff resides in Covina, California. Plaintiff became disabled and unable to work starting June 8, 2020. At the time of her disability, Plaintiff was a participant, as defined by ERISA § 3(7), 29 U.S.C. § 1002(7), in a health and welfare benefit plan sponsored by Azusa Pacific University ("the Plan"), which provided, among other benefits, long term disability ("LTD") benefits. The plan's coverage of LTD benefits is insured and administered by Anthem, under policy number 280253.

4. Anthem is a licensed insurance firm headquartered in the State of Indiana. Anthem offers group LTD policies in various states, including California. Anthem is authorized to transact business in the Central District of California and may be found in the Central District of California.

CLAIM FOR RELIEF
(29 U.S.C. § 1132(a)(1)(B))
Long-Term Disability Benefits

5. Plaintiff incorporates by reference all preceding paragraphs as though fully set forth herein.

6. Plaintiff filed a claim for LTD benefits under the Plan beginning on June 8, 2020. Anthem assigned a claim number LT00311394. Benefits became payable December 5, 2020, after the Elimination Period, pursuant to the Plan.

7. By letter dated April 9, 2021, Anthem denied Plaintiff's claim for LTD benefits, finding that Plaintiff was not disabled from her "own occupation" under the terms of the Plan.

8. On September 23, 2021, Plaintiff timely appealed the denial of her LTD benefits on the basis that she suffers from physical conditions that render her disabled from her "own occupation." By letter dated March 21, 2022, Anthem upheld the termination of Plaintiff's LTD benefits.

9. Plaintiff has been, and continues to be, disabled and entitled to LTD benefits.

10. Plaintiff has exhausted any and all administrative remedies which may be required by ERISA or the Plan.

11. By terminating Plaintiff's LTD benefits, Anthem has breached the terms of the Plan and ERISA, has failed to provide Plaintiff with a full and fair review, and has been unjustly enriched from its breach of fiduciary duty to Plaintiff.

## REQUEST FOR RELIEF

WHEREFORE, Plaintiff prays for relief against Anthem as follows:

1. Payment of LTD benefits due to Plaintiff;
2. An order declaring that Plaintiff is entitled to an award of LTD benefits, and that benefits are to continue to be paid under the Plan for so long as Plaintiff remains disabled under the terms of the Plan;
3. In the alternative to the relief sought in paragraphs 1-2, an order remanding Plaintiff's claim to the claims administrator to the extent any new facts or submissions are to be considered;
4. Pursuant to 29 U.S.C. § 1132(g), payment of all costs and attorneys' fees incurred in pursuing this action;

Roberts Disability Law, P.C.
66 Franklin Street, Ste. 300
Oakland, CA 94607
(510) 230-2090

5. Payment of prejudgment and post-judgment interest as allowed for under ERISA; and

6. Such other and further relief as this Court deems just and proper.

DATED: April 6, 2022                ROBERTS DISABILITY LAW, P.C.

                                    By:  */s/ Michelle L. Roberts*
                                         Michelle L. Roberts

                                    By:  */s/ Monica R. Lienke*
                                         Monica R. Lienke

                                    Attorneys for Plaintiff, Erin Giesenhagen