# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIN GIESENHAGEN,<br><br>    Plaintiff,<br><br>v.<br><br>ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY,<br><br>    Defendant. | Case No. 2:22-cv-02298-PA-AFM<br><br>**ORDER ON STIPULATION TO DISMISS ACTION WITH PREJUDICE** |

Based on the Stipulation of Plaintiff ERIN GIESENHAGEN and Defendant ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE CO. it is HEREBY ORDERED that this entire matter shall be dismissed with prejudice. Each party is to bear their own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: October 27, 2022

_____
Percy Anderson
United States District Judge

132526454v1